Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-20851 (JNP)**

Edwin Crespo, Sr. and Christiane P. Crespo  
5492 Snyder Avenue  
Millville, NJ  08332

Monthly Payment: $1,134.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2021 | $283.50 | 01/08/2021 | $283.50 | 01/12/2021 | $283.50 | 01/14/2021 | $283.50 |
| 01/25/2021 | $283.50 | 02/05/2021 | $283.50 | 02/11/2021 | $283.50 | 02/24/2021 | $283.50 |
| 03/09/2021 | $283.50 | 03/09/2021 | $283.50 | 03/12/2021 | $283.50 | 03/17/2021 | $283.50 |
| 03/25/2021 | $283.50 | 03/31/2021 | $283.50 | 04/12/2021 | $283.50 | 04/14/2021 | $283.50 |
| 04/21/2021 | $283.50 | 04/30/2021 | $283.50 | 05/05/2021 | $283.50 | 05/13/2021 | $283.50 |
| 05/20/2021 | $283.50 | 05/26/2021 | $283.50 | 06/03/2021 | $283.50 | 06/09/2021 | $283.50 |
| 06/17/2021 | $283.50 | 06/23/2021 | $283.50 | 07/02/2021 | $283.50 | 07/09/2021 | $283.50 |
| 08/19/2021 | $283.50 | 08/27/2021 | $283.50 | 09/01/2021 | $283.50 | 09/09/2021 | $283.50 |
| 09/16/2021 | $283.50 | 09/28/2021 | $283.50 | 09/30/2021 | $283.50 | 10/06/2021 | $283.50 |
| 10/14/2021 | $283.50 | 10/20/2021 | $283.50 | 10/28/2021 | $283.50 | 11/05/2021 | $283.50 |
| 11/15/2021 | $283.50 | 11/16/2021 | $283.50 | 11/24/2021 | $283.50 | 12/07/2021 | $283.50 |
| 12/13/2021 | $283.50 | 12/17/2021 | $283.50 | 12/28/2021 | $283.50 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | EDWIN CRESPO, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $0.00 |
| 1 | ALLIED COLLECTION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | 28 | $1,508.99 | $296.03 | $1,212.96 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 24 | $205.96 | $205.96 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $2,626.51 | $0.00 | $2,626.51 | $0.00 |
| 5 | BARCLAY CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BARRETTA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BILL ME LATER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK USA, N.A. | 33 | $4,337.24 | $0.00 | $4,337.24 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,599.20 | $0.00 | $2,599.20 | $0.00 |
| 10 | SANTANDER CONSUMER USA, INC. | 33 | $8,232.30 | $0.00 | $8,232.30 | $0.00 |
| 11 | MILLVILLE MUNICIPAL COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF VINELAND | 24 | $9,040.14 | $9,040.14 | $0.00 | $4,031.87 |
| 13 | Client Services, Inc. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $386.86 | $0.00 | $386.86 | $0.00 |
| 15 | CREDIT ACCEPTANCE CORPORATION | 24 | $20,000.00 | $20,000.00 | $0.00 | $9,036.14 |
| 16 | CUMBERLAND INTERANL MEDICINE | 33 | $325.00 | $0.00 | $325.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 33 | $3,807.80 | $0.00 | $3,807.80 | $0.00 |
| 18 | DISCOVER BANK | 33 | $800.09 | $0.00 | $800.09 | $0.00 |
| 19 | DIVERSIFIED CONSULTANTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 20 | ERC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | EXCEPTIONAL MEDICAL TRANSPORTATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FIRST SOURCE ADVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | HAYT, HAYT & LANDAU, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,497.42 | $0.00 | $3,497.42 | $0.00 |
| 25 | DEPARTMENT OF THE TREASURY | 28 | $20,268.58 | $3,976.24 | $16,292.34 | $0.00 |
| 26 | INSPIRA MEDICAL CENTERS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,466.30 | $0.00 | $3,466.30 | $0.00 |
| 28 | MASSEY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | MILLVILLE MUNICIPAL COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MONROE & MAIN | 33 | $207.72 | $0.00 | $207.72 | $0.00 |
| 31 | MUNICIPAL COURT OF VINELAND CITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | NATIONWIDE CREDIT INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NEW JERSEY HEALTHCARE SPECIALISTS, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PMAB, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | SYNCHRONY BANK | 33 | $296.92 | $0.00 | $296.92 | $0.00 |
| 36 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $535.91 | $0.00 | $535.91 | $0.00 |
| 38 | SJ GASTROENTEROLOGY CONSULTANTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SIMM ASSOCIATES INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SOUTH JERSEY CHEST DISEASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | SOUTHERN REGIONAL PATHOLOGY ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,985.74 | $0.00 | $1,985.74 | $0.00 |
| 43 | THE HEART HOUSE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | WELLS FARGO BANK, N.A. | 33 | $476.97 | $0.00 | $476.97 | $0.00 |
| 46 | WEST GATE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $247.29 | $0.00 | $247.29 | $0.00 |
| 48 | CHRISTIANE P. CRESPO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | WELLS FARGO BANK, N.A. | 24 | $1,081.94 | $1,081.94 | $0.00 | $482.52 |
| 52 | BANK OF AMERICA, N.A. | 33 | $1,749.76 | $0.00 | $1,749.76 | $0.00 |
| 53 | MIDLAND FUNDING, LLC | 33 | $2,958.40 | $0.00 | $2,958.40 | $0.00 |
| 54 | MIDLAND FUNDING, LLC | 33 | $5,123.78 | $0.00 | $5,123.78 | $0.00 |
| 55 | APEX ASSET MANAGEMENT, LLC | 33 | $217.00 | $0.00 | $217.00 | $0.00 |
| 56 | SYNCHRONY BANK | 33 | $3,417.14 | $0.00 | $3,417.14 | $0.00 |
| 57 | AMERICAN EXPRESS | 33 | $1,891.76 | $0.00 | $1,891.76 | $0.00 |
| 58 | CARNIVAL CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | HELZBERG DIAMONDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | Juniper Card Services | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | SUNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | WOMAN WITHIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | CREDIT ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | AMERICAN EXPRESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | SANTANDER CONSUMER USA, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | CREDIT ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-20851 (JNP)**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 73 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | CITY OF VINELAND | 33 | $789.00 | $0.00 | $789.00 | $0.00 |
| 75 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | MONROE & MAIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 83 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 84 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 86 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | EDWIN CRESPO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 15.00 | $0.00 |
| 09/01/2019 | Paid to Date | $11,856.00 |
| 10/01/2019 | 44.00 | $1,134.00 |
| 06/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,324.50 |
| Total paid to creditors this period: | $13,550.53 |
| Undistributed Funds on Hand: | $1,298.45 |
| Arrearages: | $34.22 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**