UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

In Re: Edwin and Christiane Crespo

Case No.: 18-20851/JNP
Adv. No.:
Hearing Date:
Judge:

Order Filed on April 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## Order Terminating Wage Order

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

DATED: April 14, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Edwin and Christiane Crespo
Case No: 18-20851/JNP
Caption of Order: Terminating Wage Order

---

Upon the Application of Terry Tucker, on behalf of Debtor Christiane Crespo, and a Wage Order to pay Chapter 13 Trustee payment having been made, and Debtor wishing for the wage order to terminate, and for good cause :

IT IS ORDERED AND ADJUDGED THAT :

The Wage Order issued to Debtor Christiane Crespo employer to pay the Chapter 13 Trustee be and is hereby terminated.