UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

Order Filed on April 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Edwin and Christiane Crespo

Case No.: 18-20851/JNP
Adv. No.:
Hearing Date:
Judge:

## Order Terminating Wage Order

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

---

**DATED: April 14, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Edwin and Christiane Crespo
Case No: 18-20851/JNP
Caption of Order: Terminating Wage Order

---

Upon the Application of Terry Tucker, on behalf of Debtor Christiane Crespo, and a Wage Order to pay Chapter 13 Trustee payment having been made, and Debtor wishing for the wage order to terminate, and for good cause :

IT IS ORDERED AND ADJUDGED THAT :

The Wage Order issued to Debtor Christiane Crespo employer to pay the Chapter 13 Trustee be and is hereby terminated.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-20851-JNP
Edwin Crespo  Chapter 13
Christiane P. Crespo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Apr 14, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edwin Crespo, Christiane P. Crespo, 5492 Snyder Ave., Millville, NJ 08332-1741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles H. Jeanfreau | on behalf of Creditor Bank of America N.A. charles.jeanfreau@mccalla.com, BNCmail@w-legal.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Bank of America N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 14, 2022 | Form ID: pdf903 | Total Noticed: 1

Terry Tucker
    on behalf of Joint Debtor Christiane P. Crespo terrytucker@comcast.net

Terry Tucker
    on behalf of Debtor Edwin Crespo terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9