Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20851−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin Crespo
5492 Snyder Ave.
Millville, NJ 08332

Christiane P. Crespo
aka Christian P Crespo, aka Christiane P Rowe, aka Christiane P Sampson
5492 Snyder Ave.
Millville, NJ 08332

Social Security No.:
xxx−xx−2741                xxx−xx−3148

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on November 22, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2022
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Edwin Crespo  
Christiane P. Crespo  
    Debtors

Case No. 18-20851-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 148 | Total Noticed: 74 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edwin Crespo, Christiane P. Crespo, 5492 Snyder Ave., Millville, NJ 08332-1741 |
| cr | + | Bank of America, N.A., Weinstein & Riley, P.S., 11 Broadway, Suite 615, New York, NY 10004-1490 |
| 518406086 | + | BANK OF AMERICA, N.A, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517592913 | + | Bank of America, N.A., c/o Frederic J. DiSpigna, Marinosci Law Group, P.C., 100 West Cypress Creek Road, Suite 1045, Fort Lauderdale, FL 33309-2191 |
| 517560190 | + | Barretta, 1784 Pine Ave., Vinealnd, NJ 08360-3443 |
| 517669820 | + | Cardiovascular Assoc Of Delaware Valley, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517560195 | + | City of Millville MC, 18 S High St, Millville, NJ 08332-4244 |
| 517679119 | + | City of Vineland, Jeffrey N. Medio, Esq., 717 E. Elmer St., Suite 7, Vineland, NJ 08360-4758 |
| 517560196 | + | City of Vineland Tax, 640 E Wood St, POB 1508, Vineland, NJ 08362-1508 |
| 517560200 | + | Cumberland Interanl Medicine, 1450 E. Chestnut Ave. Suite 3A, Vineland, NJ 08361-8475 |
| 517560205 | + | Exceptional Medical Transportation, PO Box 19, West Berlin, NJ 08091-0019 |
| 517560207 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 517560208 | + | Helzberg Diamonds, PO Box 60504, City of Industry, CA 91716-0504 |
| 517560209 | + | Inspira Medical Centers, Inc., PO Box 48274, Newark, NJ 07101-8474 |
| 517560213 | + | Millville Municipal Court, 18 S. High Street, Millville, NJ 08332-4244 |
| 517560215 | + | Municipal Court of Vineland City, 736 E. Landis Ave., Vineland, nJ 08360-8009 |
| 517560217 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, PO Box 419378, Boston, MA 02241 |
| 517560219 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 517692234 | + | Portfolio Recovery Associates, LLC c/o Woman Withi, POB 41067, Norfolk VA 23541-1067 |
| 517560223 | + | SJ Gastroenterology Consultants, PO Box 183, Bridgeton, NJ 08302-0137 |
| 517560224 | + | South Jersey Chest Disease, 107 Vine Street, Hammonton, NJ 08037-1447 |
| 517560225 | + | Southern Regional Pathology Assoc., PO Box 754, Millville, NJ 08332-0754 |
| 517560227 | + | The Heart House, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 517560229 | + | West Gate, 10000 Turkey Lake Rd, Orlando, FL 32819-8007 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2022 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2022 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517560185 | + | Email/Text: banko@acsnv.com | Nov 22 2022 21:09:00 | Allied Collection Services, Inc., 3080 S. Durango Dr. Suite 208, Las Vegas, NV 89117-9194 |
| 517560186 | + | EDI: GMACFS.COM | Nov 23 2022 01:43:00 | Ally, PO Box 380903, Bloomington, MN 55438-0903 |
| 517568204 | | EDI: GMACFS.COM | Nov 23 2022 01:43:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |

Case 18-20851-JNP    Doc 55    Filed 11/24/22    Entered 11/25/22 00:15:56    Desc Imaged
                          Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 148 | Total Noticed: 74 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 517691623 | Email/PDF: bncnotices@becket-lee.com | Nov 22 2022 20:54:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517560188 | + EDI: BANKAMER.COM | Nov 23 2022 01:43:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 517560187 | + EDI: BANKAMER.COM | Nov 23 2022 01:43:00 | Bank of America, 4909 Savarese Circle Fl #1, Tampa, FL 33634-2413 |
| 517655811 | + EDI: BANKAMER2.COM | Nov 23 2022 01:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517664766 | + EDI: BANKAMER.COM | Nov 23 2022 01:43:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517560189 | + EDI: TSYS2 | Nov 23 2022 01:43:00 | Barclay Card, PO Box 8802, Wilmington, DE 19899-8802 |
| 517560191 | + EDI: RMSC.COM | Nov 23 2022 01:43:00 | Bill Me Later, PO Box 5138, Timonium, MD 21094-5138 |
| 517606554 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 22 2022 21:09:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 517580671 | Email/Text: ebnnotifications@creditacceptance.com | Nov 22 2022 21:08:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD, MI 48034 |
| 517560192 | + EDI: CAPITALONE.COM | Nov 23 2022 01:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517594847 | EDI: CAPITALONE.COM | Nov 23 2022 01:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517560193 | + EDI: TSYS2 | Nov 23 2022 01:43:00 | Carnival Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517560194 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 22 2022 21:09:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 517560197 | + Email/Text: mediamanagers@clientservices.com | Nov 22 2022 21:08:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 517560198 | + EDI: WFNNB.COM | Nov 23 2022 01:43:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 517560199 | + Email/Text: ebnnotifications@creditacceptance.com | Nov 22 2022 21:08:00 | Credit Acceptance, POB 5070, Southfield, MI 48086-5070 |
| 517560201 | + EDI: IRS.COM | Nov 23 2022 01:43:00 | Department of the Treasury internal Reve, PO Box 9012, Holtsville, NY 11742-9012 |
| 517560202 | + EDI: DISCOVER.COM | Nov 23 2022 01:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517575027 | EDI: DISCOVER.COM | Nov 23 2022 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517560203 | + EDI: DCI.COM | Nov 23 2022 01:43:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 517560204 | + Email/Text: bknotice@ercbpo.com | Nov 22 2022 21:09:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517560206 | + Email/Text: crdept@na.firstsource.com | Nov 22 2022 21:09:00 | First Source Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 517560211 | + EDI: TSYS2 | Nov 23 2022 01:43:00 | Juniper Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517659307 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2022 21:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517560212 | + EDI: CBSMASON | Nov 23 2022 01:43:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 517560214 | + EDI: CBS7AVE | | |

Case 18-20851-JNP   Doc 55   Filed 11/24/22   Entered 11/25/22 00:15:56   Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 148 | Total Noticed: 74 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2022 01:43:00 | Monroe, 1112 7th Ave., Monroe, WI 53566-1364 |
| 517611919 | + | EDI: CBS7AVE | Nov 23 2022 01:43:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517560216 | + | Email/Text: NCI_bankonotify@ncirm.com | Nov 22 2022 21:08:00 | Nationwide Credit Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 517560220 | + | Email/Text: EBN_Waco@Receivemorermp.com | Nov 22 2022 21:09:00 | PMAB, LLC, PO Box 12150, Charlotte, NC 28220-2150 |
| 517560221 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541 |
| 517687801 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517689685 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 517687805 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Helzberg Diamonds, POB 41067, Norfolk VA 23541 |
| 517687783 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 517689726 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 517692235 | | EDI: PRA.COM | Nov 23 2022 01:43:00 | Portfolio Recovery Associates, LLC, c/o Woman Within, POB 41067, Norfolk VA 23541 |
| 517560218 | + | EDI: RMSC.COM | Nov 23 2022 01:43:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517679513 | | EDI: Q3G.COM | Nov 23 2022 01:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517687618 | + | Email/Text: bncmail@w-legal.com | Nov 22 2022 21:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517560222 | + | Email/PDF: clerical@simmassociates.com | Nov 22 2022 20:54:16 | Simm Associates Inc., PO Box 7526, Newark, DE 19714-7526 |
| 517560226 | + | EDI: RMSC.COM | Nov 23 2022 01:43:00 | Sunchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 517564107 | + | EDI: RMSC.COM | Nov 23 2022 01:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517639502 | | EDI: WFFC2 | Nov 23 2022 01:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517560228 | + | EDI: WFFC.COM | Nov 23 2022 01:43:00 | Wells Fargo Financial National Bank-Bobs, PO Box 71118, Charlotte, NC 28272-1118 |
| 517560230 | + | EDI: WFNNB.COM | Nov 23 2022 01:43:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517560210 | *+ | IRS, POB 7346, Philadelphia, Pennsylvania 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 18-20851-JNP    Doc 55    Filed 11/24/22    Entered 11/25/22 00:15:56    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: 148 | Total Noticed: 74 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles H. Jeanfreau | on behalf of Creditor Bank of America N.A. charles.jeanfreau@mccalla.com, BNCmail@w-legal.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Bank of America N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Terry Tucker | on behalf of Debtor Edwin Crespo terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Christiane P. Crespo terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9