Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.: 18–20851–JNP
                                  Chapter: 13
                                  Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edwin Crespo<br>5492 Snyder Ave.<br>Millville, NJ 08332 | Christiane P. Crespo<br>aka Christian P Crespo, aka Christiane P Rowe, aka Christiane P Sampson<br>5492 Snyder Ave.<br>Millville, NJ 08332 |

Social Security No.:
  xxx–xx–2741                                             xxx–xx–3148
Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 5, 2023</u>                  <u>Jerrold N. Poslusny Jr.</u>
                                                Judge, United States Bankruptcy Court